UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LAWRENCE BRUCE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 13-6435** |
| **N. BURL CAIN, WARDEN** | **SECTION "C"(2)** |

## ORDER

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by the petitioner, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Lawrence Bruce for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DENIED** and **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this _26_ day of _November_, 2014.

UNITED STATES DISTRICT JUDGE